JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARLOS PALAFOX,

Petitioner,

v.

B. BIRKHOLZ, Warden,

Respondent.

Case No. 2:25-cv-12425-SVW-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: July 30, 2026

HON. STEPHEN V. WILSON
United States District Judge